## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GOL, L.L.C. REC MARINE LOGISTICS, LLC** <br> **And JNB OPERATING, L.L.C.** | **CIVIL ACTION NO.: 17-2844** |
| **VERSUS** | **JUDGE ZAINEY** |
| **ERIC STANBERRY** | **MAG. JUDGE WILKINSON, JR.** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **DEFENDANT ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT AND COUNTERCLAIM FOR MAINTENANCE AND CURE AND PUNITIVE DAMAGES**

Now comes defendant Eric Stanberry, who, responds to Declaratory Judgment Plaintiffs GOL, L.L.C. (hereinafter "GOL"), REC Marine Logistics, LLC (hereinafter "REC Marine"), and JNB Operating, L. L.C. (hereinafter "JNB") who Answers as follows:

1.

Without knowledge or information sufficient to form a belief as to the truth of the introductory paragraph.

2.

Without knowledge or information sufficient to form a belief as to the truth of the Paragraph I-III.

3.

Paragraph VI, VII, VIII's averments of fact are denied as written, except to admit that Stanberry was working aboard the M/V DUSTIN DANOS at the time of the accident.

4.

Paragraph IX's averments of fact is denied as written, except to admit that Stanberry was injured on September 3, 2016.

5.

Paragraph X's averments of fact is denied as written.

6.

Paragraphs XI's averments of fact is denied as written.  Further answering, plaintiffs' averment in Paragraph X is contradicted by the averment in Paragraph XI.

7.

Paragraph XII's averments of fact is denied as written.

8.

Paragraph XIII's averments of fact is denied as written.

9.

Paragraph XIV's averments of fact is denied as written.  Further answering, plaintiff did receive dental treatment as a result of the accident.

10.

Paragraph XV's averments of fact is denied as written.

11.

Paragraph XVI averments of fact is denied as written.

12.

Paragraph XVII's averments of fact is denied as written.

13.

Paragraphs XVIII's averments of fact is denied as written.

14.

Paragraph XIX's averments of fact is denied as written.

15.

Without knowledge or information sufficient to form a belief as to the truth of the Paragraph XX. Further answering, plaintiff requested maintenance and cure payments be made as a result of the incident in September 2016.

16.

Paragraph XXI's averments of fact is denied as written.

17.

Paragraph XXII's averments of fact is denied as written.

18.

Paragraph XXIII's averments of fact is denied as written. Further answering, plaintiff presented to Dr. Kevin Donahoe on March 30, 2017 for injuries resulted from the alleged incident. This request was made of plaintiffs on or about January 17, 2017.

19.

Paragraph XXIV's averments of fact and law are denied. Further answering, Eric Stanberry's injuries sustained while on board M/V DUSTIN DANOS and for which he still requires treatment necessitates that defendants immediately resume payments of maintenance and cure to plaintiff and remit all back maintenance payments now due to Stanberry.

20.

Paragraph XXV and XXVI's averments of fact and law is denied as written.

21.

Paragraph XXVII's averments of fact and law is denied as written.

22.

Paragraph XXVIII's averments of fact and law is denied as written.

23.

Paragraph XXIX's averments of fact and law is denied as written.

24.

Paragraph XXX's averments of fact and law is denied as written.

25.

Paragraph XXXI's averments of fact and law, including the averments contained within plaintiff's prayer for relief is denied as written.

**COUNTERCLAIM FOR MAINTENANCE AND CURE AND PUNITIVE DAMAGES**

Now comes defendant Eric Stanberry, who, now files a Counterclaim in this Declaratory Judgment Action against declaratory judgment plaintiffs GOL, L.L.C. (hereinafter "GOL"), REC Marine Logistics, LLC (hereinafter "REC Marine"), and JNB Operating, L. L.C. (hereinafter "JNB"), and who with respect represents.

1.

At all times material hereto, Counterclaim Plaintiff, ERIC STANBERRY was a Jones Act seaman who was entitled to all of the protections of the Jones Act as enumerated therein.

2.

This Counterclaim is brought under the Jones Act and general maritime law.

3.

On or about September 3, 2016 Plaintiff ERIC STANBERRY was employed by GOL, L.L.C., and/or REC Marine, and/or JNB and working aboard the MV DUSITN DANOS when he suffered serious injury as a result being struck in the face by a metal door from a supply box on the vessel.

4.

Plaintiff sustained serious injury for which he sought treatment. Plaintiff initially began treating with a dentist for the injuries sustained on September 3, 2016. Plaintiff elected to see Dr. Kevin Donahoe for his head and orthopedic injuries and requested same from his employer in January 2017. The visit was ultimately approved and plaintiff was able to see Dr. Donahoe in April 2017.

5.

When Eric Stanberry was examined by Dr. Donahoe, Dr. Donahoe noted that ERIC STANBERRY had exhibited generalized discomfort about the paraspinal muscles and right sided trapezial shoulder discomfort; decreased lumbar range of motion; and a positive straight leg raise test. Dr. Donahoe's conclusion after the examination was that Eric Stanberry had a 'concussion and cervical strain.' Dr. Donahoe further identified 'radiating pain down the right arm.' Dr. Donahoe further opined that Eric Stanberry may need a neurology consult. Dr. Donahoe ordered MRI and kept Eric on a no-work status. In short, Dr. Donahoe related Eric Stanberry injuries to the September accident and he opined that Eric Stanberry has not reached MMI.

6.

GOL, L.L.C., REC Marine Logistics, LLC, and JNB Operating, L. L.C., filed its Declaratory Judgment action **before** receiving Donahoe's request. But rather than dismissing the matter and providing the treatment recommended by Dr. Donahoe, the counter-claim defendants have continued to refuse to provide the maintenance and cure to which Stanberry is legally entitled. Defendants' refusal to pay neither has nor had any basis in law or in fact. By reason of the foregoing, the plaintiff has been required to obtain legal counsel to assist him in collecting sums which are rightfully due him as maintenance and cure, and has obligated himself to pay reasonable attorneys' fees for legal services rendered in regard to the collection of maintenance and cure

which is rightfully due the counter-claim plaintiff.  The counter-claim plaintiff herein prays that upon final trial of this cause, counter-claim defendants be ordered to pay all maintenance and cure due and owing him, together with interest thereon, and a reasonable attorney's fee to the undersigned counsel for legal counsel and assistance rendered in collecting said maintenance and cure.

7.

In addition, counter-claim plaintiff hereby prays that upon final trial of this cause, counter-claim defendants be ordered to pay punitive damages for its arbitrary, callous and capricious disregard for the rights of the Plaintiff.

8.

Counter-claim plaintiff herewith reserves all rights to bring any and all claims for any and all damages against his employer(s) for negligence in accordance with the Jones Act and against any other third party for claims arising under general maritime law and state law.

WHEREFORE, plaintiff prays that a certified copy of this Declaratory Judgment Answer and Counterclaim be served upon, GOL, L.L.C., REC Marine Logistics, LLC, and JNB Operating, L. L.C., and that after due proceedings are had there be judgment herein in favor of counterclaim plaintiff ERIC STANBERRY , and against, GOL, L.L.C., REC Marine Logistics, LLC, and JNB Operating, L. L.C., in a sum reasonable in the premises for the damages alleged above together with reasonable maintenance and cure benefits, attorney fees and punitive damages, together with legal interest from the date of loss until paid and all just and equitable relief.

                        **Respectfully submitted,**

                        */s/Jerome H. Moroux*
                        Jerome H. Moroux (Bar #32666)
                        BROUSSARD & DAVID, L.L.C.
                        Post Office Box 3524
                        Lafayette, LA 70502
                        Telephone: (337) 233-2323
                        Facsimile: (337) 233-2353
                        Email: jerome@broussard-david.com
                        ATTORNEY FOR COUNTER-CLAIM
                        PLAINTIFF, ERIC STANBERRY

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 12, 2017 a copy of the foregoing was filed electronically with the Clerk of Court using the MC/EFC system. Notice of this filing will be sent to defendants' counsel by operation of the court's electronic filing system.

                                          *S/Jerome H. Moroux*
                                          JEROME H. MOROUX